FLORA ULLMANN, Appellant, *v.* THE LONG ISLAND RAIL-
ROAD COMPANY, Respondent.

*Negligence — railroads — injury from fall at crossing — insufficiency
of evidence to show negligence on part of railroad.*

*Ullmann* v. *Long Island R. R. Co.*, 186 App. Div. 892, affirmed.
(Submitted October 20, 1920; decided November 16, 1920.)

APPEAL from a judgment entered December 16, 1918,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for personal injuries alleged to have been sustained
by plaintiff through the negligence of defendant. Plain-
tiff while crossing defendant's railroad at the Lincoln
avenue crossing, Rockaway Beach, according to her
testimony, caught her foot in a hole in the planking and
fell receiving the injuries complained of. The Appellate
Division directed a dismissal of the complaint on the
ground that the evidence was insufficient to show negli-
gence on the part of the defendant.

*Louis Boehm* for appellant.

*Matthew J. Keany, Edward B. Newburne* and *Joseph
F. Keany* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
McLAUGHLIN, CRANE and ANDREWS, JJ.